Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Garrick C. Smith, Esq.
Texas Bar No. 24088435
Jonathan S. Petree, Esq.
Texas Bar No. 24116897
MUNSCH HARDT KOPF & HARR, P.C.
3800 Ross Tower
500 North Akard
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-4375

COUNSEL TO THE DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 25-90001-mxm11 |
| | § | |
| SCANROCK OIL & GAS, INC., *et al*, | § | U.S. Bankruptcy Court for the |
| | § | Northern District of Texas, Fort Worth |
| Debtors.[1] | § | Division |
| | § | |
| | § | (Chapter 11) |
| | | Jointly Administered |
| WELL CASTLE LIMITED, | § | |
| | § | ADVERSARY PROCEEDING |
| Plaintiff, | § | NO: 25-01020-cgb |
| | § | |
| v. | § | |
| | § | |
| RYAN DRILLING, LLC, | § | Removed from the 385th Judicial |
| INDIVIDUALLY AND *d/b/a* | § | District Court for Midland County Texas, |
| O'RYAN DRILLING; O'RYAN | § | Cause No. CV55526 |
| HEAVY HAUL, LLC; O'RYAN | | |
| FAMILY LIMITED PARTNERSHIP; | | |
| RYAN C. HOERAUF, INC. *d/b/a* | | |

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, if any, are: Scanrock Oil & Gas, Inc. (0380); EON Production, LLC (0136); O'Ryan Family Limited Partnership (1913); O'Ryan Production & Exploration Ltd. (9950); O'Ryan Ponderosa, LLC (1476); Ryan C. Hoerauf, Inc. (0493); and Smackover Oil Treaters, Ltd. (9529); O'Ryan Ranches, Ltd. (7184); O'Ryan Ranches, LLC (6467); and O'Ryan Oregon Ranches, LLC. The location of the debtors' service address is 8180 Lakeview Center, Ste. 300, Odessa, TX 79765. More information about the debtors, and copies of pleadings in the above-captioned bankruptcy case, may be obtained on the website of the debtors' proposed noticing agent, Stretto, Inc., at: https://cases.stretto.com/scanrock.

THE DEBTORS' WITNESS AND EXHIBIT LIST FOR MAY 21, 2025 HEARING — Page 1

O'RYAN OIL & GAS; RYAN C. HOERAUF INDIVIDUALLY, AND AS TRUSTEE OF THE AMBER HOERAUF TRUST AND THE MATHEW HOERAUF TRUST; LEASE SUPERVISORS, LLC; DEANNA K. HOERAUF; O'RYAN PRODUCTION & EXPLORATION, LTD.; O'RYAN OREGON RANCHES, LLC; O'RYAN RANCHES, LTD.; O'RYAN RANCHES, LLC; RYAN PROPERTIES, INC.; O'RYAN MISSION, LTD.; RYAN MISSION, INC.; RYAN E&P MANAGEMENT, INC.; O'RYAN PONDEROSA, LLC; EON PRODUCTION, LLC; SCANROCK OIL & GAS, INC.; SMACKOVER OIL TREATERS, LTD.; AND SAGE FOUNTAIN HILLS PARTNERS, LLC

    Defendants.

---

CONSOLIDATED WITH

CAUSE NO. CV57838

---

| | |
|---|---|
| ARNOLD OIL COMPANY FUELS, LLC, | § |
| | § ADVERSARY PROCEEDING |
|     Plaintiff, | § NO: 25-01020-cgb |
| | § |
| v. | § |
| | § |
| RYAN DRILLING, LLC; O'RYAN HEAVY HAUL, LLC; O'RYAN FAMILY LIMITED PARTNERSHIP; RYAN C. HOERAUF, INC. *d/b/a* O'RYAN OIL & GAS; RYAN C. HOERAUF INDIVIDUALLY, AND AS TRUSTEE OF THE AMBER HOERAUF TRUST AND THE MATHEW HOERAUF TRUST; LEASE SUPERVISORS, LLC; DEANNA K. HOERAUF; O'RYAN PRODUCTION & EXPLORATION, LTD.; O'RYAN OREGON RANCHES, LLC; O'RYAN RANCHES, LTD.; O'RYAN | § Removed from the 385th Judicial § District Court for Midland County Texas, § Cause No. CV57838 |

RANCHES, LLC; RYAN PROPERTIES, INC.; O'RYAN MISSION, LTD.; RYAN MISSION, INC.; RYAN E&P MANAGEMENT, INC.; O'RYAN PONDEROSA, LLC; EON PRODUCTION, LLC; SCANROCK OIL & GAS, INC.; SMACKOVER OIL TREATERS, LTD.; AND SAGE FOUNTAIN HILLS PARTNERS, LLC

    Defendants.

### CONSOLIDATED WITH

### CAUSE NO. CV54833

| | |
|---|---|
| O'RYAN HEAVY HAUL, LLC, | § §  ADVERSARY PROCEEDING |
|     Plaintiff, | § NO: 25-01020-cgb |
| | § |
| v. | § |
| | § |
| ARNOLD OIL COMPANY OF AUSTIN, L.P. AND IRONPLANET, INC. | § Removed from the 385th Judicial § District Court for Midland County Texas, § Cause No. CV54833 |
|     Defendants. | |

### THE DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING ON MAY 21, 2025

Scanrock Oil & Gas, Inc.; O'Ryan Family Limited Partnership; O'Ryan Production & Exploration, Ltd.; Ryan C. Hoerauf, Inc.; Smackover Oil Treaters Ltd.; O'Ryan Ponderosa, LLC; EON Production, LLC (the "Oil and Gas Debtors"); O'Ryan Ranches, LLC and O'Ryan Oregon Ranches, LLC (the "Oregon Debtors"); and, O'Ryan Ranches, Ltd. (collectively, the "Debtors"), file this Witness and Exhibit List in connection with the hearing scheduled for **May 21, 2025 at 9:30 a.m. (CT)** (the "Hearing").

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing, whether in person, by proffer, by declaration, or through video or telephonic appearance, or any other means directed by the Court:

1. Bradford C. Walker, Debtors' Chief Restructuring Officer.

The Debtors reserve the right to call any witnesses designated or called by any other party. The Debtors also reserve the right to call unlisted witnesses for impeachment or rebuttal.

## EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | *Well Castle Limited's Second Amended Petition* [Cause No. CV55526] dated January 18, 2024 | | | | |
| 2. | *Arnold Oil Company Fuels, LLC's First Amended Petition* [Cause No. CV57838] dated January 18, 2024 | | | | |
| 3. | Notice of Hearing [Docket No. 4] | | | | |
| 4. | Voluntary Chapter 11 Petition in Lead Bankruptcy Case of Scanrock Oil and Gas, Inc. [Docket No. 1, 25-90001] | | | | |
| 5. | *Order Directing Joint Administration of the Chapter 11 Cases* [Docket No. 46, 25-90001] | | | | |
| 6. | *Second Order Directing Joint Administration* [Docket No. 299, 25-90001] | | | | |

The Debtors ask that the Court take judicial notice of the pleadings and transcripts filed (including any and all schedules, amendments, exhibits, and other attachments thereto) in the proceedings before this Court, and in *In re Scanrock Oil & Gas, Inc., et al.* (Bankr. N.D. Tex. Case No. 25-90001-mxm11).

The Debtors reserve the right to use additional demonstrative exhibits in connection with the Hearing. The Debtors reserve the right to use any exhibits presented by any other party. The Debtors reserve the right to amend and/or supplement this exhibit list. The Debtors also reserve the right to use exhibits not listed herein for impeachment or rebuttal purposes at the Hearing.

RESPECTFULLY SUBMITTED this 16th day of May, 2025.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Garrick C. Smith*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Garrick C. Smith, Esq.
Texas Bar No. 24088435
Jonathan S. Petree
Texas Bar No. 24116897
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 855-7500
E-mail: drukavina@munsch.com
E-mail: tberghman@munsch.com
E-mail: gsmith@munsch.com
E-mail: jpetree@munsch.com

**COUNSEL TO THE DEBTORS
AND DEBTORS-IN-POSSESSION**

# CERTIFICATE OF SERVICE

I certify that, on May 16, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas on the parties registered or otherwise entitled to notice in this proceeding pursuant to the Electronic Filing Procedures in this District, and was additionally served by e-mail to the following parties:

Thomas D. Berghman, on behalf of Scanrock Oil and Gas, Inc.
tberghman@munsch.com

Jacob J. King, on behalf of Scanrock Oil and Gas, Inc.
jking@munsch.com

Fernando M. Bustos, on behalf of EON Production, LLC; Lease Supervisors, LLC; O'Ryan Mission, Ltd.; O'Ryan Oregon Ranches, LLC; O'Ryan Ponderosa, LLC; O'Ryan Production & Exploration, Ltd.; O'Ryan Ranches, Ltd.; Ryan E&P Management, Inc.; Ryan Mission, Inc.; Ryan Properties, Inc.; Sage Foundtain Hills Partners, LLC; Scanrock Oil and Gas, Inc.; Smackover Oil Treaters, Ltd.; and Deanna K. Hoerauf.
fbustos@bustoslawfirm.com

Ryan J. McNeel, on behalf of Well Castle Limited
rmcneel@brockettmcneel.net

Michel T Morgan, on behalf of Ryan Drilling, LLC, individually and dba O'Ryan Drilling
Mike.morgan@bullockscott.com

Todd J. Johnston, on behalf of Well Castle Limited and Arnold Oil Company Fuels, LLC
tjohnston@mcjllp.com

Ronda Farrar, Courtroom Deputy for the Honorable Judge Bradley
Ronda_Farrar@txwb.uscourts.gov

Sarah Wood, Career Law Clerk for the Honorable Judge Bradley
Sarah_Wood@txwb.uscourts.gov

An Nguyen, Term Law Clerk for the Honorable Judge Bradley
An_Nguyen@txwb.uscourts.gov

*/s/ Jonathan S. Petree*
Jonathan S. Petree
