IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 25-90001-mxm11 |
| | § | |
| SCANROCK OIL & GAS, INC., *et al*, | § | U.S. Bankruptcy Court for the |
| | § | Northern District of Texas, Fort Worth |
| Debtors.[1] | § | Division |
| | § | |
| | § | (Chapter 11) |
| | § | Jointly Administered |

| | | |
|---|---|---|
| WELL CASTLE LIMITED, | § | |
| | § | ADVERSARY PROCEEDING |
| Plaintiff, | § | NO: 25-01020-cgb |
| | § | |
| v. | § | |
| | § | |
| RYAN DRILLING, LLC, | § | Removed from the 385th Judicial |
| INDIVIDUALLY AND *d/b/a* | § | District Court for Midland County Texas, |
| O'RYAN DRILLING; O'RYAN | § | Cause No. CV55526 |
| HEAVY HAUL, LLC; O'RYAN | | |
| FAMILY LIMITED PARTNERSHIP; | | |
| RYAN C. HOERAUF, INC. *d/b/a* | | |
| O'RYAN OIL & GAS; RYAN C. | | |
| HOERAUF INDIVIDUALLY, AND AS | | |
| TRUSTEE OF THE AMBER | | |
| HOERAUF TRUST AND THE | | |
| MATHEW HOERAUF TRUST; | | |
| LEASE SUPERVISORS, LLC; | | |
| DEANNA K. HOERAUF; O'RYAN | | |
| PRODUCTION & EXPLORATION, LTD.; | | |
| O'RYAN OREGON RANCHES, LLC; | | |
| O'RYAN RANCHES, LTD.; O'RYAN | | |
| RANCHES, LLC; RYAN PROPERTIES, | | |
| INC.; O'RYAN MISSION, LTD.; RYAN | | |
| MISSION, INC.; RYAN E&P | | |
| MANAGEMENT, INC.; O'RYAN | | |

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, if any, are: Scanrock Oil & Gas, Inc. (0380); EON Production, LLC (0136); O'Ryan Family Limited Partnership (1913); O'Ryan Production & Exploration Ltd. (9950); O'Ryan Ponderosa, LLC (1476); Ryan C. Hoerauf, Inc. (0493); and Smackover Oil Treaters, Ltd. (9529); O'Ryan Ranches, Ltd. (7184); O'Ryan Ranches, LLC (6467); and O'Ryan Oregon Ranches, LLC. The location of the debtors' service address is 8180 Lakeview Center, Ste. 300, Odessa, TX 79765. More information about the debtors, and copies of pleadings in the above-captioned bankruptcy case, may be obtained on the website of the debtors' proposed noticing agent, Stretto, Inc., at: https://cases.stretto.com/scanrock.

{00850045.DOCX - ver}

ORDER GRANTING EMERGENCY MOTION TO TRANSFER VENUE TO NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION – Page 1

| | |
|---|---|
| PONDEROSA, LLC; EON PRODUCTION, LLC; SCANROCK OIL & GAS, INC.; SMACKOVER OIL TREATERS, LTD.; AND SAGE FOUNTAIN HILLS PARTNERS, LLC | |
| Defendants. | |

CONSOLIDATED WITH

CAUSE NO. CV57838

| | |
|---|---|
| ARNOLD OIL COMPANY FUELS, LLC, | § <br> § ADVERSARY PROCEEDING |
| Plaintiff, | § NO: 25-01020-cgb <br> § |
| v. | § <br> § <br> § |
| RYAN DRILLING, LLC; O'RYAN HEAVY HAUL, LLC; O'RYAN FAMILY LIMITED PARTNERSHIP; RYAN C. HOERAUF, INC. *d/b/a* O'RYAN OIL & GAS; RYAN C. HOERAUF INDIVIDUALLY, AND AS TRUSTEE OF THE AMBER HOERAUF TRUST AND THE MATHEW HOERAUF TRUST; LEASE SUPERVISORS, LLC; DEANNA K. HOERAUF; O'RYAN PRODUCTION & EXPLORATION, LTD.; O'RYAN OREGON RANCHES, LLC; O'RYAN RANCHES, LTD.; O'RYAN RANCHES, LLC; RYAN PROPERTIES, INC.; O'RYAN MISSION, LTD.; RYAN MISSION, INC.; RYAN E&P MANAGEMENT, INC.; O'RYAN PONDEROSA, LLC; EON PRODUCTION, LLC; SCANROCK OIL & GAS, INC.; SMACKOVER OIL TREATERS, LTD.; AND SAGE FOUNTAIN HILLS PARTNERS, LLC | § Removed from the 385th Judicial <br> § District Court for Midland County Texas, <br> § Cause No. CV57838 |
| Defendants. | |

CONSOLIDATED WITH

CAUSE NO. CV54833

| | | |
|---|---|---|
| O'RYAN HEAVY HAUL, LLC, | § § | ADVERSARY PROCEEDING |
| Plaintiff, | § § | NO: <u>25-01020-cgb</u> |
| v. | § § § | |
| ARNOLD OIL COMPANY OF AUSTIN, L.P. AND IRONPLANET, INC. | § § § | Removed from the 385th Judicial District Court for Midland County Texas, Cause No. CV54833 |
| Defendants. | | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears as the attorney of record for Well Castle Limited, Arnold Oil Company Fuels, LLC and Arnold Oil Company of Austin, L.P., parties to this removed adversary proceeding. Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned hereby requests notice of all matters which may come before the Court, including all notices and all papers served concerning the above-named Debtors, and requests that such notices be addressed to the following:

> Todd J. Johnston
> McWhorter, Cobb & Johnson, LLP
> P. O. Box 2547
> Lubbock, Texas 79408
> (806) 762-0214
> (806) 762-8014 fax
> tjohnston@mcjllp.com                                                      ;

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, all orders and notices of any application, motion, petition, pleading, requests, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, index, email or otherwise.

Respectfully submitted,

**McWHORTER, COBB & JOHNSON, L.L.P.**
1722 Broadway (79401)
P.O. Box 2547
Lubbock, Texas 79408
806-762-0214 - Telephone
806-762-8014 - Facsimile

By: /s/ Todd J. Johnston
    Todd J. Johnston; SBN 24050837
*Attorneys for Well Castle Limited, Arnold Oil Company Fuels, LLC and Arnold Oil Company of Austin, L.P.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or U.S. Mail this 16th day of May 2025, upon all parties entitled to such notice as provided by the ECF filing system.

/s/ Todd J. Johnston
Todd J. Johnston